# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**EVERETTE NORWOOD (#375208)**

**VERSUS**

**JAMES D. CALDWELL, ET AL.**

**CIVIL ACTION**

**NO. 14-0595-JWD-EWD**

### O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report dated August 22, 2017, to which no objection was filed:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be denied, without prejudice, as untimely.

**IT IS FURTHER ORDERED** that, in the event that Petitioner seeks to pursue an appeal, a certificate of appealability be denied.

Signed in Baton Rouge, Louisiana, on September 7, 2017.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**